**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whaleco Inc., | |
| Plaintiff, | Case No. 24-cv-4534 |
| v. | **Presiding: Hon. Manish S. Shah** |
| | **Magistrate: Hon. Keri L. Holleb Hotaling** |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS THROUGH
ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff seeks this Court's authorization to effectuate service of process and other pleadings and documents related to this action by e-mail and electronic publication. A Memorandum of Law in support of this Motion is submitted herewith.

Date: June 3, 2024

Respectfully submitted,

/s/ Shengmao Mu
SHENGMAO MU
**WHITEWOOD LAW LLC**
57 West, 57th Street
3rd and 4th Floors
New York, NY, 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*