**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Whaleco Inc.,

                   Plaintiff,

     v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

                  Defendants.

Case No. 24-cv-4534

**Presiding: Hon. Manish S. Shah
Magistrate: Hon. Keri L. Holleb Hotaling**

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

In this trademark infringement action brought pursuant to 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from 1) using the TEMU Marks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any website, applications, or any domain names; 2) engaging in any act of federal, state, or common law trademark infringement or unfair competition that would damage or injure Plaintiff; and 3) encouraging, participating in or assisting in any of the above activities; (ii) requiring the domain registries or any Content Delivery Networks ("CDN"), such as CloudFlare, as well as any domain hosting company for the Infringing Domains to 1) disable the Infringing Domains and make them inactive and untransferable; 2) disable the name server information for the Infringing Domains so that they are no longer accessible to Internet users for the pendency of this litigation; 3) cease providing infringing content and make the Infringing Domains inaccessible to Internet users for the pendency of this litigation; and (iii)

ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: June 6, 2024

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*