**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHALECO INC,

               **Plaintiff,**

   v.

**THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,**

               **Defendants.**

Case No. 24-cv-4534

**Judge Manish S. Shah**

## PRELIMINARY INJUNCTION ORDER

Plaintiff Whaleco Inc. ("TEMU") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in the Amended Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in the Amended Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in the Amended Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS TEMU's Motion in part as follows.

This Court finds TEMU has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 11, 2024, [Dkt. #21] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, TEMU has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of TEMU's federally registered trademarks (the "TEMU Trademarks") to residents of Illinois. *See* Docket No. 14.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of TEMU's previously granted Motion for Entry of a TRO establishes that TEMU has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that TEMU will suffer irreparable harm if the injunction is not granted.

Specifically, TEMU has proven a *prima facie* case of trademark infringement because (1) the TEMU Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the TEMU Trademarks, and (3) Defendants' use of the TEMU Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with TEMU. Furthermore, Defendants' continued and unauthorized use of the TEMU Trademarks irreparably harms TEMU through diminished goodwill and brand confidence, damage to TEMU's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, TEMU has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the TEMU Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TEMU product or not authorized by TEMU to be sold in connection with the TEMU Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine TEMU product or any other product produced by TEMU, that is not TEMU's or not produced under the authorization, control, or supervision of TEMU and approved by TEMU for sale under the TEMU Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of TEMU, or are sponsored by, approved by, or otherwise connected with TEMU; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for TEMU, nor authorized by TEMU to be sold or offered for sale, and which bear any of TEMU's trademarks, including the TEMU Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts, until the expiration of this Order.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon TEMU's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to TEMU expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon TEMU's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the TEMU Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in the Amended Schedule A hereto, the e-mail addresses identified in Exhibit 1 to the Declaration of Jake Christensen, and any e-mail addresses provided for Defendants by third parties; and

5

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court, or the expiration of this Order, whichever is earlier.

7. TEMU may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 1 to the Declaration of Jake Christensen and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "http://www.temu-guide.com and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. TEMU's Pleading(s) (1) Schedule A attached to the Complaint, which includes a list of the Defendant Online Marketplace Accounts; (2) Plaintiff's trademark certificates identified as Exhibit 1; (3) Jake Christensen's declaration and exhibits, in support of the Plaintiff's memorandum in support of the Plaintiffs' motion for a temporary restraining order, which include screenshot printouts showing the infringing products as well as information regarding Plaintiff and Plaintiff's pertinent product, are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $1,000 bond posted by TEMU shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Honorable Manish S. Shah
United States District Judge

Dated: July 10, 2024

**Amended Schedule A**

| No. | Domain Name | Registrar |
|---|---|---|
| 1 | http://www.temu-guide.com | Onamae.com |
| 2 | https://temu.online/ | Hostinger |
| 3 | http://temutool.com/ | IONOS |
| 4 | http://temugiftcard.site | Spaceship |
| 5 | https://www.temuwebbot.com/ | Squarespace Domains |
| 6 | https://www.temuvn.asia/ | Mat Bao Corporation |
| 7 | https://temujuegos.online/ | GoDaddy |
| 8 | https://temuboost.github.io/ | Markmonitor |
| 9 | http://temu-image-downloader.cpull.com | Namecheap |
| 10 | http://temu6online.com | GoDaddy |
| 11 | http://temu.crd.co | Markmonitor |
| 12 | http://www.teletemu2.com | Tucows |
| 13 | https://taskteam-01.com/ | GoDaddy |
| 14 | http://www.influenceraffiliate.marketing/ | Namecheap |
| 15 | http://www.vapetemu.ph | 1API GmbH |
| 16 | http://temu7online.com | GoDaddy |
| 17 | https://www.offerx.co.uk/registration-25/temu-credit | Easily Limited |
| 18 | https://mi-pro.co.uk/Fleece-Lined-Leggings-Temu-Canada-7053497.html | Vanilla Circus Ltd |
| 19 | https://boombrandz.com/product/temu-pallets/ | GoDaddy |
| 20 | https://free.ca/brands/temu/ | GoDaddy |
| 21 | https://shadowreferrals.pages.dev/ | Cloudflare |
| 22 | https://appninjas.xyz/temu | Namecheap |
| 23 | http://temu.ru.malavida.com | Soluciones Corporativas IP, SL |
| 24 | https://m.avicone.com/ruanjian/47830/ | GoDaddy |
| 25 | https://modcombo.io/temu.html | NameSilo, LLC |
| 26 | https://enazoapps.com/apps/temu/ | WebNic.cc |
| 27 | http://temuapk.in | GoDaddy |
| 28 | https://apktake.com/apps/temu-shop-like-a-billionaire/download | REGISTRAR OF DOMAIN NAMES REG.RU LLC |