**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **WHALECO INC.,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 24-cv-4534** |
| **v.** ) | |
| ) | |
| **THE PARTNERSHIPS AND** ) | **Judge Manish S. Shah** |
| **UNINCORPORATED ASSOCIATIONS** ) | **Magistrate Judge Keri L. Holleb** |
| **IDENTIFIED ON SCHEDULE A,** ) | **Hotaling** |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND**
**DEFAULT JUDGMENT**

Plaintiff, by and through the undersigned counsel, hereby moves this Honorable Court

for entry of default and entry of a default judgment against the Defaulting Defendants identified

in Schedule A attached. A Memorandum in support of this Motion and a proposed Order are

being submitted herewith. For the reasons discussed in said Memorandum, Plaintiff respectfully

submits that this Motion should be granted.

Date: August 14, 2024

Respectfully submitted,

/s/ Abby Neu
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*